GENNERO PIZZOLA ET AL. *v.* PLAINVILLE PLANNING AND ZONING COMMISSION ET AL.

The plea in abatement by the plaintiffs to the defendant Willis R. Zenga's notice of petition for certification from the Court of Common Pleas in Hartford County is dismissed. See Maltbie, Conn. App. Proc. § 272.

*David J. Harrigan,* in support of the plea.

*James H. Shulman,* in opposition.

Submitted June 30—decided July 5, 1972

B. I. B. ASSOCIATES *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The motion by the defendant Better Housing, Inc., to review the transcript of the case sub judice in the plaintiff's appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Gordon R. Paterson,* in support of the motion.

Submitted July 5—decided July 5, 1972

GENNERO PIZZOLA ET AL. *v.* PLAINVILLE PLANNING AND ZONING COMMISSION ET AL.

The plaintiffs' motion for an extension of time in which to file a brief in opposition to the defendant William R. Zenga's petition for certification from the Court of Common Pleas in Hartford County is granted.

*David J. Harrigan,* in support of the motion.

Submitted July 5—decided July 12, 1972